# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 17-10386 |
| ) | NO. 17-10418 |
| Plaintiff-Appellee, ) | 2:15-cr-00257-KJD-CWH |
| vs. ) | |
| FRANCISCO ACOSTA, ) | |
| Defendant-Appellant. ) | **ORDER** |

Pursuant to the order filed October 4, 2017, by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant, IT IS HERE BY ORDERED that Russell E. Marsh is appointed to represent Francisco Acosta for this appeal. Mr. Marsh's address is 300 S. 4th street, Suite 701, Las Vegas, NV 89101 and his phone number is 702-382-4004.

Former counsel, the Federal Public Defender's office is directed to forward the file to Mr. Marsh forthwith.

The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointment@ca9.uscourts.gov.

DATED this 23rd day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE