UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANCISCO ACOSTA,<br><br>    Defendant. | CASE NO. 2:15-CR-00257-KJD-CWH<br><br>**ORDER** |

Based on the Motion brought by the Defendant, Francisco Acosta, and good cause appearing, this matter is set for a status hearing for the purposes of appointing counsel and other matters on  September 4 , 2019, at  9:00 a.m.  .in courtroom 4A.

_____
KENT J. DAWSON
United States District Judge