# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:15-CR-00257-KJD-CWH |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| FRANCISCO ACOSTA, ) | |
| Defendant. ) | |

Based on the Stipulation of the parties, the sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IS IT HEREBY ORDERED that the sentencing in the above-captioned matter that had been scheduled for November 26, 2019, at 9:30 a.m., be vacated and continued to January 22, 2020, at 9:00 a.m.

DATED:  November 22, 2019

KENT J. DAWSON
United States District Judge